✏AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Jose Geovanni Lemus, et al.,

                Plaintiffs,

V.

Nathan and Morgan Inc.

                Defendant.

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**

Case Number:  2:12-cv-00681-MMD -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiffs Jose Geovanni Lemus, Jose P. Sibrian, and Jose Hector Orellana and against Defendant Nathan and Morgan Inc. in the amount of $86,233.89 plus accrued interest from the date of the judgment until paid.

September 27, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk