UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE GEOVANNI LEMUS, *et al.*, | ) |
| Plaintiffs, | ) Case No.   2:12-cv-00681-JAD-GWF |
| vs. | ) **ORDER** |
| NATHAN AND MORGAN, INC., *et al.*, | ) **Motion to Adjudicate Attorney's Lien - #36** |
| Defendants. | ) **Counter Motion to Strike - #40** |

This matter came before the Court on January 17, 2014 for hearing on Robert J Kossack's Motion to Adjudicate Attorney's Lien (#36) and Plaintiffs' Counter-Motion to Strike Notice of Attorney's Lien (#40) . After hearing argument on the motions by the parties' counsel, a recess was taken during which the parties agreed to a settlement of Mr. Kossack's claim for attorney's fees in the above entitled matter. Accordingly,

**IT IS HEREBY ORDERED** that Robert J Kossack's Motion to Adjudicate Attorney's Lien (#36) and Plaintiffs' Counter-Motion to Strike Notice of Attorney's Lien (#40) are hereby **vacated** as moot.

DATED this 17th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge