1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSE GEOVANNI LEMUS, *et al.*,       )
                                     )
                    Plaintiffs,      )       Case No.   2:12-cv-00681-JAD-GWF
                                     )
vs.                                  )       **ORDER**
                                     )
NATHAN AND MORGAN, INC., *et al.*,   )       **Motion to Adjudicate Attorney's Lien - #36**
                                     )       **Counter Motion to Strike - #40**
                    Defendants.      )
_____)

This matter came before the Court on January 17, 2014 for hearing on Robert J Kossack's Motion to Adjudicate Attorney's Lien (#36) and Plaintiffs' Counter-Motion to Strike Notice of Attorney's Lien (#40) .  After hearing argument on the motions by the parties' counsel, a recess was taken during which the parties agreed to a settlement of Mr. Kossack's claim for attorney's fees in the above entitled matter.  Accordingly,

**IT IS HEREBY ORDERED** that Robert J Kossack's Motion to Adjudicate Attorney's Lien (#36) and Plaintiffs' Counter-Motion to Strike Notice of Attorney's Lien (#40) are hereby **vacated** as moot.

DATED this 17th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge